

**CT Corporation**
**Service of Process Notification**
08/26/2022
CT Log Number 542193708

## Service of Process Transmittal Summary

**TO:** Desiree Beatty
Aetna, Inc.
Law U23S, 1425 Union Meeting Road
Blue Bell, PA 19422

**RE:** **Process Served in Kentucky**

**FOR:** Aetna Life Insurance Company  (Domestic State: CT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RACHELLE MALONE, as beneficiary and RACHELLE MALONE as administratrix Of the Estate of PHILLIP MALONE, deceased vs. AETNA LIFE INSURANCE COMPANY |
| **CASE #:** | 22CI004350 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Frankfort, KY |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 08/26/2022 |
| **JURISDICTION SERVED:** | Kentucky |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/26/2022, Expected Purge Date: 08/31/2022 |
| | Image SOP |
| | Email Notification,  Desiree Beatty  beattyd@aetna.com |
| | Email Notification,  Piper Taylor  plperry@aetna.com |
| | Email Notification,  Kim DePaepe  kjdepaepe@aetna.com |
| | Email Notification,  John Baka  bakaj@aetna.com |
| | Email Notification,  Jacqueline West  westj2@aetna.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
306 W. Main Street
Suite 512
Frankfort, KY 40601
800-448-5350
MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

EXHIBIT 1

David L. Nicholson, Jefferson
Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

USPS CERTIFIED MAIL



Case Number: 22-CI-004350

9236 0901 9403 8387 1905 76

Restricted Delivery
CT CORPORATION SYSTEM
306 WEST MAIN STREET
FRANKFORT, KY 40601

CERTIFIED MAIL®
United States Postal Service®

| AOC-E-105  Sum Code: CI | | Case #: **22-CI-004350** |
|---|---|---|
| Rev. 9-14 |  | Court: **CIRCUIT** |
| Commonwealth of Kentucky  Court of Justice     Courts.ky.gov | | County: **JEFFERSON Circuit** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **MALONE, RACHELLE ET AL VS. AETNA LIFE INSURANCE COMPANY**, *Defendant*

TO:  **CT CORPORATION SYSTEM**
     **306 WEST MAIN STREET**
     **FRANKFORT, KY 40601**

Memo: Related party is AETNA LIFE INSURANCE COMPANY

The Commonwealth of Kentucky to Defendant:
**AETNA LIFE INSURANCE COMPANY**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*
Jefferson Circuit Clerk
Date: **8/22/2022**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____          Served By _____

                                        Title _____

Summons ID: 495474133669788@00001010204
CIRCUIT: 22-CI-004350 Certified Mail
MALONE, RACHELLE ET AL VS. AETNA LIFE INSURANCE COMPANY



Page 1 of 1

 

CASE NUMBER _____          JEFFERSON CIRCUIT COURT
                                                       DIVISION _____
                                                       JUDGE _____

*Electronically Filed*

**RACHELLE MALONE, as beneficiary and RACHELLE MALONE
as administratrix Of the Estate of PHILLIP MALONE, deceased**

                                                                                                        PLAINTIFF

VS.                        **COMPLAINT**

**AETNA LIFE INSURANCE COMPANY**
Registered Agent:       CT Corporation
                                306 West Main Street
                                Suite 512
                                Frankfort, KY 40601

                                                                                                        DEFENDANT

                                          \*\* \*\*  \*\* \*\*  \*\* \*\*  \*\* \*\*  \*\* \*\*

        Comes now the Plaintiff, by counsel, and for her cause of action against the Defendants states as follows:

        1)        That at all times relevant hereto, Rachelle Malone, is the administratrix of the Estate of Phillip Malone. She was appointed administratrix by order of Jefferson County Probate Court on February 1, 2022.

        2)        At all times relevant hereto, the Defendant, Aetna Life Insurance Company (Aetna) is an insurance company and/or indemnity company, actively transacting business in the Commonwealth of Kentucky.

        3)        That for a valuable consideration, that being the premium paid, the decedent, Phillip Malone and/or his employer on Phillip Malone's behalf entered into a contract of insurance with the Defendant, Aetna. Whereby, among other things, the Defendant promised to pay accidental death benefits should the decedent, Phillip Malone, die in an accident.

        4)        That on or about October 3, 2021, the Plaintiff was killed in a motor vehicle accident in Kentucky.



5) That the Plaintiff has made proper demand upon the Defendant to pay the accidental life insurance benefits and the Defendant has refused to pay said accidental death benefits to the Plaintiff's Estate, thus breaching the contract of insurance.

6) That the Plaintiff has made proper demand upon the Defendant to pay the proceeds and the claim was denied. The Plaintiff filed an appeal of the denial, and the appeal was denied as well on August 11, 2022.

7) That the Plaintiff as beneficiary and as administratrix of the Estate of Phillip Malone, deceased, is a proper party to bring this action.

8) That as a direct and proximate result of the breach of contract by the Defendant the Plaintiff has been damaged in the amount of the unpaid accidental death benefits to the beneficiary, Rachelle Malone.

9) That the Plaintiff's damages exceed the minimum jurisdictional limits of the Circuit Court.

**WHEREFORE**, the Plaintiff demands as follows:

1) Payment of the Accidental Death Benefits to the proper beneficiary;

2) A trial by jury on all issues triable;

3) For pre-judgment and interest upon the liquidated amount to be paid to the beneficiary;

4) For the Plaintiff's costs and attorney fees incurred in the prosecution of this action;

5) All other necessary and proper relief to which she may appear to be entitled.

Respectfully submitted,

_____
Timothy R. McCarthy, Esq.
Nutt Law Office
462 South Fourth Avenue
Suite 1750, Meidinger Tower
Louisville, Kentucky 40202
(502) 589-0635
(502) 589-8891 Fax
tim@nuttlaw.com